**In re MAY LEE INDUSTRIES, INC.,
Appellant.**

**No. 1249, Docket 74-1982.**

United States Court of Appeals,
Second Circuit.

Argued Aug. 12, 1974.

Decided Aug. 21, 1974.

David C. Buxbaum, New York City,
for appellant.

John F. Triggs, New York City (Robert M. McCulloch, Jr., J. Rush Barnes, Hawkins, Delafield & Wood, New York City, of counsel), for appellee Chartered Bank.

William M. Silverman, New York City,
for appellee Chemical Bank.

Before OAKES, Circuit Judge, and FRANKEL and KELLEHER, District Judges.*

PER CURIAM:

The judgment is affirmed on the opinion of Judge Ward below, 380 F.Supp. 1 (S.D.N.Y.1974).

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Mitchel D. COHEN, dba the White House,
Defendant-Appellant.**

**No. 6-4.**

Temporary Emergency Court of Appeals.

May 28, 1974.

Before TAMM, Chief Judge, and CHRISTENSEN and JOHNSON, Judges.

**ORDER OF AFFIRMANCE
UNDER RULE 28**

TAMM, Chief Judge.

The court having considered the record and briefs on this appeal and having found no reversible error in the decision of the District Court, 380 F.Supp. 147, the judgment is affirmed.

* Of the Southern District of New York and the Central District of California, respectively, sitting by designation.